# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:19-cv-01777-RGK-SP | Date | October 24, 2019 |
|---|---|---|---|
| Title | *Jorge Anderson-El et al v. Michael D Zeff et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Re: Dismissal

On September 17, 2019, Plaintiffs Jorge Anderson-El ("Anderson-El"), King Abdul Mumin-El, and Joyce Trumpet (collectively, "Plaintiffs") filed a complaint for injunctive relief against Michael D. Zeff ("Zeff"), Commissioner Bradley Olpin Snell ("Commissioner Snell"), Mari Ramos ("Ramos"), Graham Holmes ("Holmes"), and Stanley Middleman ("Middleman") (collectively, "Defendants"). The crux of Plaintiffs' allegations is that Zeff and Holmes fraudulently filed an unlawful detainer to take Anderson-El's home. Plaintiffs assert claims for (1) obstruction of justice, (2) violation of the Truth in Lending act, (3) breach of contract, (4) fraud, (5) violation of the Racketeer Influenced and Corrupt Organizations Act, (6) impersonating a federal officer, (7) fraudulent conveyance, (8) conspiracy, (9) treason, (10) class action, and (11) damages.

On September 17, 2019, Anderson-El filed a request to proceed in forma pauperis. On September 18, 2019, the Court denied the request and ordered Anderson-El to pay the requisite filing fees within 30 days "or this case will be dismissed." (Order, ECF No. 10.) To date, Anderson-El has failed to pay the necessary filing fees. Accordingly, the Court **DISMISSES** the case without prejudice.

**IT IS SO ORDERED.**

_____ : _____
Initials of Preparer
_____